UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-336-1H

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| HAROLD EDWARD WILLIAMS, JR. | |

This matter is before the Court on an unopposed Motion by the Office of the Federal Public Defender to reset the arraignment of the defendant. Due to the overwhelming amount of arraignments on the February calendar, the motion is DENIED. It is hereby ORDERED that the arraignment shall be scheduled for the March 6, 2018 term of Court.

IT IS SO ORDERED.

This 23rd day of January 2018.

MALCOLM J. HOWARD
Senior United States District Judge