IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00336-H-1

UNITED STATES OF AMERICA      :
                              :
        v.                    :
                              :
HAROLD EDWARD WILLIAMS, JR.   :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 14, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. § 924, and agreeing to the forfeiture of the property listed in the June 14, 2018 Preliminary Order of Forfeiture, to wit:

(a) Taurus model PT92. 9mm handgun, Serial Number TNC57163;

(b) Kel-Tec Model P-11 9mm handgun, Serial Number 125482;

(C) Harrington and Richardson, Model 1905, .32 caliber S&W handgun, Serial Number 39596;

(d) Kel-Tec Model P3AT .380 handgun, serial number HQE90;

(e) Glock Model 19 Gen4 9mm handgun, Serial Number UVY547;

(f) Ruger Redhawk .44 mag handgun, Serial Number 500-83670;

(g) Harrington and Richardson Topper Model 158 12 gauge shotgun, Serial Number AL268873; and

1

(h) All magazines and related ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between June 29, 2018 and July 28, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's June 14, 2018 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the June 14, 2018 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture

Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 4th day of OCTOBER, 2018.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE